IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANH KHAMMAVONG | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| CAROLYN W. COLVIN | : | NO. 14-6845 |
| ACTING COMMISSIONER OF | : | |
| SOCIAL SECURITY | : | |

**O R D E R**

**AND NOW**, this 7th day of June, 2016, upon consideration of Plaintiff's Request for Review, Defendant's Response thereto, and Plaintiff's Reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, **IT IS HEREBY ORDERED** that:

1. Plaintiff's objections to the Report and Recommendation are **DENIED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Plaintiff's Request for Review is **DENIED**; and

4. This case shall be closed statistically.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY,    Sr. J.